| | |
|---|---|
| 1 | MARC M. SELTZER (54534) |
| | mseltzer@susmangodfrey.com |
| 2 | SUSMAN GODFREY L.L.P. |
| | 1901 Avenue of the Stars, Suite 950 |
| 3 | Los Angeles, CA 90067-6029 |
| | Tel:. (310) 789-3100 |
| 4 | Fax: (310) 789-3150 |

FILED
CLERK, U.S. DISTRICT COURT

January 21, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

5  E. LINDSAY CALKINS (*Admitted Pro Hac Vice*)
6  lcalkins@susmangodfrey.com
   SUSMAN GODFREY L.L.P.
7  1201 Third Avenue, Suite 3800
   Seattle, WA 98101
8  Tel: (206) 516-3880

9  Attorneys for Defendant Susman Godfrey L.L.P.

10 (See Below for Names and Addresses
   of Additional Counsel for Defendants)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| FOUR SEASONS TOURS & TRAVEL, INC., A California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GLANCY BINKOW & GOLDBERG L.L.P., a California Limited Liability Partnership; MILBERG WEISS L.L.P., a California Limited Liability Partnership; SUSMAN GODFREY L.L.P., a California Limited Liability Partnership; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 15-cv-07105 SJO (AGRx) <br><br> **FINAL JUDGMENT AND ORDER OF DISMISSAL** <br><br> Hon. S. James Otero |

4068505v1/010438

WHEREAS, defendants Glancy Binkow & Goldberg L.L.P. (now known as Glancy Prongay & Murray L.L.P.), Milberg Weiss L.L.P. (now known as Milberg L.L.P.), Susman Godfrey L.L.P., and Westerman Law Corporation (collectively, the "Defendants") moved to dismiss the above-captioned action by plaintiff Four Seasons Tours & Travel, Inc.; and

WHEREAS, on November 6, 2015 (Doc. No. 22), Defendants' motion to dismiss was granted in its entirety, with prejudice;

NOW, THEREFORE, based on the foregoing and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action and all of the claims asserted therein against Defendants shall be and are hereby dismissed with prejudice.

Dated January 21, 2016

*/s/ S. James Otero*

S. James Otero
UNITED STATES DISTRICT JUDGE